ACCEPTED
04-20-00441-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/16/2020 3:30 PM

# IN THE COURT OF APPEALS
## FOR THE 4TH DISTRICT, AT SAN ANTONIO, TEXAS
## CAUSE NUMBER 04-20-00441-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/16/2020 3:30:16 PM
MICHAEL A. CRUZ
Clerk

### R.C., APPELLANT

### V.

### Texas Department of Family Protective Services, APPELLEE

### REQUEST FOR WAIVER OF FEES DUE
### TO INDIGENCY

Pursuant to Texas Rule of Appellate Procedure 20.1(c)(1), Appellant R.C. files this Request for Waiver of Fees Due to Indigency and would show the Court:

1.     Appellant duly filed her Affidavit of Indigency with the trial court on December 18, 2018, before the Notice of Appeal in this case was filed.

2.     Said Affidavit of Indigency is attached to this Request for Waiver of Fees Due to Indigency.

Respectfully submitted,

By: ---Elizabeth A. Settle-------
Elizabeth A. Settle
State Bar ID Number:   18044250
1107 Austin Hwy., PO Box 6465
San Antonio, Texas 78209
Telephone:   210-248-7371
Facsimile:   210-820-0256
Trial Attorney for Appellant

## CERTIFICATE OF SERVICE

I certify that on September 16, 2020 a true and correct copy of Appellant's Request for Waiver of Fees Due to Indigency was served by efile on all attorneys of record.

----Elizabeth A. Settle-----
Elizabeth A. Settle

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 46299385
Status as of 9/16/2020 3:33 PM CST

Associated Case Party: Texas Department of Family Protective Services

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mildred Hohensee | | mildred.hohensee@dfps.state.tx.us | 9/16/2020 3:30:16 PM | SENT |